Kevin Koelbel, SBN 016599
**LAW OFFICES OF KEVIN KOELBEL, P.C.**
7303 W. Boston Street
Chandler, AZ  85226
(480) 705-7550
(480) 705-7503 Fax
kevin@koelbellaw.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Laurie Roerink, a married woman,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>Yuma Regional Medical Center Employee Benefit Plan; Yuma Regional Medical Center in its capacity as Plan Administrator,<br><br>　　　　　　　　Defendant. | No.  CV2011-00572-NVW<br><br>**NOTICE OF<br>VOLUNTARY DISMISSAL** |

　　　　Under Rule 41(a), Plaintiff hereby notifies the court that the case has settled and that the case should be dismissed with prejudice.

　　　　Dated this 22nd day of August 2011,

　　　　　　　　　　　　　　　　　LAW OFFICES OF KEVIN KOELBEL, P.C

　　　　　　　　　　　　　　　　　By: s/Kevin Koelbel
　　　　　　　　　　　　　　　　　　　　Kevin Koelbel
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff